IMPORTANT TAX RETURN DOCUMENT ENCLOSED



DEFENDANT'S
EXHIBIT
PENGAD-Bayonne, N. J.

Do Not Cut, Fold, or Staple Forms on This Page

| Control number | 22222 | Void | For Official Use Only ▶ OMB No. 1545-0008 | ✓ |
|---|---|---|---|---|

| Employer identification number (EIN) | 1 Wages, tips, other compensation 1500.00 | 2 Federal income tax withheld 75.00 |
|---|---|---|

| Employer's name, address, and ZIP code | 3 Social security wages 1500.00 | 4 Social security tax withheld 93.00 |
|---|---|---|

ROSA EDNA MORAZAN
ALAMEDA TIRE
8739 ALAMEDA AVE
EL PASO          TX 79907

| 5 Medicare wages and tips 1500.00 | 6 Medicare tax withheld 21.75 |
|---|---|
| 7 Social security tips 0.00 | 8 Allocated tips 0.00 |

Employee's social security number

| 9 Advance EIC payment 0.00 | 10 Dependent care benefits 0.00 |
|---|---|

| Employee's first name and initial | Last name | 11 Nonqualified plans 0.00 | 12a See instructions for box 12 |
|---|---|---|---|
| DANNY | TARIN | | |

| 13 Statutory employee  Retirement plan  Third-party sick pay | 12b |
|---|---|
| 14 Other | 12c |
| | 12d |

Employee's address and ZIP code

| State | Employer's state identification number | 16 State wages, tips, etc | 17 State income tax | 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**W-2** Wage and Tax Statement    **2005**

Copy A for Social Security Administration — Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.

0000/1030

Department of the Treasury — Internal Revenue Service
**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

| a Control number<br>2 | Void ☐ | OMB No. 1545-0008 | | |
|---|---|---|---|---|
| b Employer identification number | | | **1** Wages, tips, other compensation<br>15600.00 | **2** Federal income tax withheld<br>780.00 |
| c Employer's name, address, and ZIP code<br>ALAMEDA TIRES<br>8739 ALAMEDA AVE.<br>EL PASO TX 79907 | | | **3** Social security wages<br>15600.00 | **4** Social security tax withheld<br>967.20 |
| | | | **5** Medicare wages and tips<br>15600.00 | **6** Medicare tax withheld<br>226.20 |
| | | | **7** Social security tips | **8** Allocated tips |
| d Employee's social security number | | | **9** Advance EIC payment | **10** Dependent care benefits |
| e Employee's first name and initial     Last name | | | **11** Nonqualified plans | **12a** See instructions for box 12 |
| | | | **13** Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | **12b** |
| | | | **14** Other | **12c** |
| | | | | **12d** |
| f Employee's address and ZIP code | | | | |

| 5 State  Employer's state ID number | **16** State wages, tips, etc. | **17** State income tax | **18** Local wages, tips, etc. | **19** Local income tax | **20** Locality name |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Form **W-2** Wage and Tax Statement        **2006**        Department of the Treasury - Internal Revenue Service

Copy D For Employer.        For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

| 22222 | a Employee's social security number | | |
|---|---|---|---|

OMB No. 1545-0008

| | | |
|---|---|---|
| b Employer identification number (EIN) | 1 Wages, tips, other compensation  15600.00 | 2 Federal income tax withheld  780.00 |
| c Employer's name, address, and ZIP code  ALAMEDA TIRE  8739 ALAMEDA AVE.  EL PASO TX 79907 | 3 Social security wages  15600.00 | 4 Social security tax withheld  967.20 |
| | 5 Medicare wages and tips  15600.00 | 6 Medicare tax withheld  226.20 |
| | 7 Social security tips | 8 Allocated tips |
| d Control number  2 | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name    Suff. | 11 Nonqualified plans | 12a |
| | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| | | 12d |
| f Employee's address and ZIP code | | |

| 15 State  Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Form **W-2** Wage and Tax Statement        **2007**        Department of the Treasury-Internal Revenue Service

Copy B-To Be Filed With Employee's FEDERAL Tax Return.

---

| 22222 | a Employee's social security number | | |
|---|---|---|---|

OMB No. 1545-0008

| | | |
|---|---|---|
| b Employer identification number (EIN) | 1 Wages, tips, other compensation  15600.00 | 2 Federal income tax withheld  780.00 |
| c Employer's name, address, and ZIP code  ALAMEDA TIRE  8739 ALAMEDA AVE.  EL PASO TX 79907 | 3 Social security wages  15600.00 | 4 Social security tax withheld  967.20 |
| | 5 Medicare wages and tips  15600.00 | 6 Medicare tax withheld  226.20 |
| | 7 Social security tips | 8 Allocated tips |
| d Control number  2 | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name    Suff. | 11 Nonqualified plans | 12a |
| | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| | | 12d |
| f Employee's address and ZIP code | | |

| 15 State  Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Form **W-2** Wage and Tax Statement        **2007**        Department of the Treasury-Internal Revenue Service

Copy C-For EMPLOYEE'S RECORDS.



DEFENDANT'S
EXHIBIT
2
Tarin

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. EP-08-CR-059-DB |
| | § | |
| DANNY TARIN, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT DANNY TARIN'S WRITTEN PROFFER

TO THE HONORABLE DAVID BRIONES, UNITED STATES DISTRICT JUDGE, WESTERN DISTRICT OF TEXAS, EL PASO DIVISION:

Comes now the Defendant, DANNY TARIN, who by and through his undersigned counsel, JOSEPH (SIB) ABRAHAM, JR., submits the following Written Proffer:

### I.

The Defendant Dany Tarin will proffer the following:

On September 10, 2006 Danny Tarin was arrested and charged with the offense of Aggravated Assault with Deadly Weapon (a motor vehicle). Defendant was released on a $25,000.00 bond posted by A-Quick II Bail Bonds. The case was filed in the 243rd District Court under Cause Number 20070D00113. Since the date of his arrest, Defendant has made the

following Court appearances:  Arraignment on June 15, 2007; Pre-trial on July 16, 2007, Pre-trial on August 6, 2007, Continuance Hearing on October 15, 2007.  Defendant's next Court appearance is on March 10, 2008 for Judge's Conference and March 11, 2008 for Jury Trial. Counsel anticipates that this case will be dismissed.

On December 29, 2006, Defendant was arrested and charged with the offense of Assault Family Violence.  Defendant was released on a $1,000.00 bond posted by A-Quick II Bail Bonds.  The case was filed in the County Criminal Court at Law Number One under Case Number 20070C01888.  Since the date of his arrest, Defendant has made the following Court appearances:  Arraignment/Pre-trial on March 20, 2007; Arraignment/Pre-trial on April 17, 2007; Pre-trial on July 10, 2007; Final Judge's Conference on August 28, 2007 and Continuance Hearing on November 14, 2007.  The Complaining Witness who is the mother of Defendant's child has signed a Non-Prosecuting Affidavit stating that she was not assaulted.  Defendant's next Court appearance is on February 11, 2008 for Jury Trial.  Counsel anticipates that this case will be dismissed.

On February 11, 2007, Defendant was arrested and charged with the offense of Assault Causing Bodily Injury.  Defendant was released on a $750.00 bond posted by A-Quick II Bail Bonds.  The case was filed in the County Criminal Court at Law Number One under Case Number 20070C02069.  Since the date of his arrest, Defendant has made the following Court appearances:  Arraignment/Pre-trial on March 20, 2007; Arraignment/Pre-trial on April 17, 2007; Pre-trial on July 10, 2007; Final Judge's Conference on August 28, 2007 and Continuance Hearing on November 14, 2007.  The Complaining Witness signed a Non-Prosecuting Affidavit

stating his desire to drop all charges against Defendant.  Defendant's next Court appearance is on

February 11, 2008 for Jury Trial.  Counsel anticipates that this case will be dismissed.

Respectfully submitted,

JOSEPH (SIB) ABRAHAM, JR.
Attorney for Defendant
State Bar No. 00821000
P.O. Box 512312
El Paso, Texas   79951-0004
Tel (915) 544-7860
Fax (915) 532-4768

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 23rd day of January, 2008, a true and correct copy of the foregoing instrument was forwarded to the United States Attorney's Office, 700 E. San Antonio, Room 200, El Paso, Texas  79901.

JOSEPH (SIB) ABRAHAM, JR.

3

IN THE COUNTY CRIMINAL COURT AT LAW NUMBER ONE
EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | |
| v. | § | Cause No. 20070C02069 |
| | § | |
| DANNY TARIN | § | |

**DEFENDANT'S EXHIBIT 3 Tarin**

## NONPROSECUTION AFFIDAVIT

**STATE OF TEXAS**        )
                         )
**COUNTY OF EL PASO**     )

On the ___ day of June, 2007, Alexander Alba appeared in person and testified as follows:

"My name is Alexander Alba. I am 18 years of age or older, and I am fully competent to testify to the matters set forth herein."

"I am the complaining witness in the above-referenced case. It is my desire not to prosecute this matter any further. It is my desire to drop any charges against Danny Tarin, and I do so freely, voluntarily and without any pressure or under any threats by the Defendant or any other person. I have not solicited, accepted or agreed to accept any benefit in consideration for abstaining from or discontinuing the prosecution in this case."

"Understanding all of the above, it is my desire to drop all charges against the Defendant, and I request the State of Texas to dismiss this case. If this case is dismissed, I will not in any way hold the office of the District Attorney, The El Paso Police Department, The County of El Paso, or the State of Texas responsible for dismissing the charge or for any result of that dismissal."

Signed on this the ___ day of June, 2007.

_____
ALEXANDER ALBA

## **VERIFICATION**

Before me, the undersigned Notary Public, on this day personally appeared ALEXANDER

ALBA who being by my duly sworn on oath deposed that he is the complaining witness in this case and

has read the foregoing affidavit and that every statement contained in the affidavit is within his personal

knowledge and is true and correct.

_____
ALEXANDER ALBA

Subscribe and Sworn to before me on the 6th day of June, 2007 to certify which witness my

name and official seal.

Notary Public in and for the
State of Texas

RUBY JEAN OLIVAS
Notary Public, State of Texas
My Commission Expires
December 14, 2008

~~My commission expires:~~

12.14.2008



## NON-PROSECUTION STATEMENT

SUBJECT:    DANNY TARIN
OFFENSE:    ASSAULT CAUSING BODILY INJURY – FAMILY VIOLENCE
WARRANT NOS.:
CAUSE NO.: 20070C01888

    I am the Complaining Witness/Victim in the above styled and numbered cause. It is my desire not to prosecute this matter any further due to the fact that I was not assaulted. I understand that it is still the decision of the State of Texas to prosecute this matter regardless of my decision. The Defendant and I have reached an agreement and I wish to resolve this matter in an amicable manner. It has been explained and I understand that I may also seek counseling for the above as well as the services of the victim advocate.

    It is still my desire to drop the referenced charge against the Defendant and I do so freely, voluntarily and without any pressure or under threats by the Defendant or any other person.

    I have not solicited, accepted or agreed to accept any benefit in consideration of abstaining from or discontinuing the prosecution of the above case.

    Understanding all of the above, it is still my desire to drop the referenced charge and I ask the State to dismiss this action. If said charges are dismissed, I will not in any way hold the Office of the District Attorney, the El Paso Police Department, the County of El Paso, or the State of Texas responsible for dismissing the charges or for any results of that dismissal.

*Lorianna Valverde*
LORIANNA VALVERDE
Complaining Witness/Victim

    SWORN TO AND SUBSCRIBED TO BEFORE ME BY THE SAID COMPLAINING WITNESS/VICTIM on this the 10th day of September, 2007.

Notary Public in and for
The State of Arizona

My Commission Expires:
March 1, 2010



**KRZYSZTOF E. RULEWICZ**
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires
March 1, 2010